IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ORLANDO THOMPSON,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1611

Opinion filed December 16, 2016.

Petition for Writ of Prohibition – Original Jurisdiction.

Alvin L. Peters of Peters & Scoon, Panama City, for Petitioner.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition is DENIED without prejudice to the petitioner's ability to raise the affirmative defense of self-defense at trial. See Mederos v. State, 102 So. 3d 7, 11 (Fla. 1st DCA 2012).

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.